**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LOREN MICHELLE TOELLE,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF VICTORVILLE CAMP FCI, MED, I,<br><br>Respondent. | Case No.: 2:24-cv-00815-APG-BNW<br><br>**Order** |

This habeas corpus action, under 28 U.S.C. § 2241, was initiated, *pro se*, by Loren Michelle Toelle, on April 29, 2024. On that date, Toelle submitted for filing a habeas petition (ECF No. 1-1) and supporting exhibits (ECF Nos. 1-1, 1-2). Toelle's petition was not filed because Toelle did not pay the filing fee or apply to proceed *in forma pauperis*.

In an order entered May 10, 2024 (ECF No. 3), I gave Toelle 60 days—to July 9, 2024—to either pay the filing fee or apply for *in forma pauperis* status if he wishes to proceed with this action. I had the Clerk of the Court send Toelle the forms he would need to apply to proceed *in forma pauperis*.

In the May 10 order, I noted that Toelle's habeas petition has obvious flaws: The petition is not on the form required by this Court; it lacks information that I would need to properly screen it, and, if warranted, adjudicate it; it does not clearly allege that Toelle is in custody, or that he was in custody when the petition was submitted; this Court does not have jurisdiction over the respondent named in the petition. I had the Clerk of the Court send Toelle the form he would need to draft an amended petition.

In the May 10 order, I ordered that if Toelle did not, by July 9, 2024, (1) pay the $5 filing fee or apply to proceed *in forma pauperis*, and (2) submit an amended habeas petition for filing, I would dismiss this action without prejudice. I stated that if Toelle determined that he filed this action in this Court in error, he could simply do nothing, and this case would be dismissed without prejudice. Toelle did nothing. He did not file anything by the July 9, 2024, deadline. Therefore, I will dismiss this action without prejudice.

**I THEREFORE ORDER** that this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of the Court is directed to enter judgment accordingly and close this case.

Dated: July 10, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE